UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE GOLFER'S JOURNAL, LLC,

                           Plaintiff,

    -against-

GOLF MANHATTAN, LLC, d/b/a THE TURN INDOOR GOLF,

                           Defendant.

20cv08567 (PAC) (DF)

**ORDER**

---

**DEBRA FREEMAN, United States Magistrate Judge:**

      This Court having received a request by Kevin N. Ainsworth, Esq. (Ainsworth"), of the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. ("Mintz Levin"), for the firm to withdraw as counsel in this action for defendant Golf Manhattan, LLC d/b/a The Turn Indoor Golf ("Defendant") (Dkt. 21); and this Court having issued an Order on September 29, 2021, directing Ainsworth to serve a copy of his letter on Defendant, and affording Defendant until October 15, 2021 to respond to Mintz Levin's request to withdraw (Dkt. 22); and, to date, this Court having received no response by Defendant; it is hereby ORDERED as follows:

      1.     This Court will hold a telephonic conference with counsel for both parties on **November 9, 2021 at 11:00 a.m.** Along with counsel, a corporate representative for Defendant is directed to appear. For the conference, counsel and Defendant's corporate representative are directed to call the following Toll-Free Number: (877) 411-9748 and use Access Code: 9612281.

      2.     Defendant is cautioned that if no corporate representative appears for the November 9 conference, then the Court will likely proceed to grant Mintz Levin's motion to withdraw.

3.      Defendant is also again cautioned that a corporation cannot defend itself in this Court without being represented by an attorney.  Therefore, if this Court grants the motion to withdraw, then, unless Defendant obtains new counsel to represent it in this action, Defendant will be in default and a default judgment may be entered against it.

4.      If, at anytime prior to November 9, 2021, Defendant retains new counsel in this action and a formal Substitution of Counsel is filed, then the November 9 conference will be canceled.

5.      To ensure that Defendant is notified of the date and time of the conference, and of the telephone call-in number, Ainsworth is directed to serve a copy of this Order on Defendant by a means reasonably calculated to reach it, and is further directed to file proof of such service on the Docket of this action.

6.      All discovery in this action shall be stayed pending further order of this Court.

Dated: New York, New York
       November 1, 2021

                                        SO ORDERED

                                        _____
                                        DEBRA FREEMAN
                                        United States Magistrate Judge

Copies to:

All counsel (via ECF)